UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN BAILEY MILLIGAN, | Case No. C17-5036-RAJ-JPD |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Court previously ordered plaintiff's counsel, Karla Rood, to appear in person at the U.S. District Court in Seattle on Thursday, September 28, 2017 to show cause why she should not be sanctioned for repeatedly failing to comply with deadlines set by the Court as well as the local rules of this district. Dkt. 20. Plaintiff's counsel notified the Court by telephone this morning that she was unable to attend the show cause hearing due to a personal emergency. Having found good cause for plaintiff's counsel's failure to attend, the Court RESCHEDULES the show cause hearing for **Wednesday, October 25, 2017 at 10:00 a.m**. in Courtroom 12B at the U.S. District Court in Seattle.

The amended briefing schedule set by the Court in this matter, Dkt. 20, is hereby STRICKEN. Plaintiff shall file her opening brief by no later than **Wednesday, November 1, 2017.** Defendant's response brief shall be due by no later than **Wednesday, November 29, 2017**. Plaintiff's optional reply brief is due by no later than **Wednesday, December 13, 2017**.

DATED this 28th day of September, 2017.

William M. McCool
Clerk of the Court

s/ Tim Farrell
Deputy Clerk